## LOUIS DEVOTION *versus* STEPHEN C. HENRY

JOURNAL ENTRIES (1821): *Journal 3:* (1) Rule for special bail or procedendo *p. 202; (2) motion for procedendo *p. 217-e; (3) rule for remand by procedendo *p. 217-i.

PAPERS IN FILE: (1) Precipe for habeas corpus; (2) writ of habeas corpus and return; (3) copy of indorsement on county court capias; (4) precipe to tax attorney's fee.

*1821 Calendar*, MS p. 67.

## JAMES HALL *versus* DAVID C. McKINSTRY

JOURNAL ENTRIES (1821–22): *Journal 3:* (1) Rule for special bail or procedendo *p. 202; (2) continued *p. 262; (3) judgment *p. 287.

PAPERS IN FILE: (1) Precipe for habeas corpus; (2) writ of habeas corpus and return; (3) copy of indorsement on county court capias; (4) recognizance and bail piece; (5) declaration; (6) plea of non assumpsit, demand for bill of particulars, notice of motion to withdraw plea; (7–8) bills of particulars; (9) precipe for execution fi. fa.; (10) writ of fi. fa. and return; (11) precipe for fi. fa.; (12) alias fi. fa. and return; (13) precipe for pluries fi. fa.; (14) pluries fi. fa. and return; (15) promissory note.

*1821 Calendar*, MS p. 69. Recorded in *Book B*, MS pp. 121–24.